USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 96-1247 RAFAEL MERCADO, Petitioner, v. STATE OF RHODE ISLAND, Respondent. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND [Hon. Raymond J. Pettine, Senior U.S. District Judge] __________________________ ____________________ Before Selya, Boudin and Lynch, Circuit Judges. ______________ ____________________ Rafael Mercado on brief pro se. ______________ ____________________ JANUARY 31, 1997 ____________________ Per Curiam. Rafael Mercado has appealed an order of the __________ district court, dated October 24, 1995, which, in accordance with a magistrate judge's recommendation, denied Mercado leave to file an untimely appeal from the January 17, 1995 denial of his habeas corpus petition. There was no error as the court correctly concluded that the time within which the court could extend the time for appeal had already expired. See Fed. R. App. P. 4(a)(5). Mercado does not contend that ___ he did not timely receive notice of the judgment denying his habeas petition. His claim that Fed. R. Civ. P. 60(b) should serve to excuse his failure to appeal is unavailing. The order of October 24, 1995 is affirmed. __________________________________________ -2-